# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RICHARD HOPP, | )<br>)<br>) **CASE NO. 8:07CV227**<br>Plaintiff, )<br>)<br>v. )<br>) **ORDER**<br>FRED BRITTEN, et. al. )<br>)<br>Defendant. )<br>)<br>) |

This matter is before the court on filing no. 2, the Application for Leave to Proceed In Forma Pauperis ("IFP") filed by the petitioner, Richard Hopp.  Upon review of the petition and the petitioner's trust account information, I conclude that the petitioner's claims are not frivolous and he qualifies financially to proceed IFP.  Therefore, filing no. 2 is granted.

IT IS SO ORDERED.

DATED this 25th day of June, 2007.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge